No. 78-5669.   COOK v. CROFTS, JUDGE.   C. A. 5th Cir.   Certiorari denied.

No. 78-5670.   DAVIS v. OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 78-5672.   JOHNSON v. HILTON, PRISON SUPERINTENDENT, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 78-5677.   CLEVELAND v. WARDEN, NEW JERSEY STATE PRISON.   C. A. 3d Cir.   Certiorari denied.

No. 78-5681.   GAINES v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 78-5682.   REVIS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 78-5683.   OLVERA v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78-5687.   KAPLAN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78-5690.   FLOYD v. HENDERSON, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 78-5691.   STOKES v. FAIR, CORRECTIONAL SUPERINTENDENT.   C. A. 1st Cir.   Certiorari denied.

No. 78-5695.   MUDD ET AL. v. BUSSE.   C. A. 7th Cir.   Certiorari denied.

No. 78-5699.   GREEN v. WYRICK, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 78-5700.   PATTERSON v. THOMPSON, WARDEN, ET AL. C. A. 6th Cir.   Certiorari denied.